**ESTATE OF NELSON v. NELSON**

[361 N.C. 346 (2007)]

ESTATE OF MELVIN NELSON, DECEDENT, BY AND THROUGH HIS CO-EXECUTORS JANICE BREWER AND LIBBY NELSON v. CARRIE LEE NELSON

No. 508A06

(Filed 4 May 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 179 N.C. App. 166, 633 S.E.2d 124 (2006), reversing and remanding a judgment entered 18 February 2005 by Judge Jacquelyn L. Lee in District Court, Lee County. Heard in the Supreme Court 12 April 2007.

*Staton, Doster, Post & Silverman, by Jonathan Silverman, for plaintiff-appellee.*

*Wyrick Robbins Yates & Ponton LLP, by K. Edward Greene, for defendant-appellant.*

PER CURIAM.

AFFIRMED.